## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by SMITH & WOLLENSKY RESTAURANT GROUP, INC. and FOURTH WALLS RESTAURANTS LLC, d/b/a PARK AVENUE CAFÉ.   I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

SHUHEL AHMED
_____
Full Legal Name (Print)

*Shuhel Ahmed.*
_____
Signature

12-28-07
_____
Date

1935 GLEASON AVE 2FL

BRONX N.Y 10472