A. Michael Weber (AW-8760)
Christina L. Feege (CF-1472)
Sara D. Sheinkin (SS-9719)
LITTLER MENDELSON, P.C.
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, NY 10022
212.583.9600

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALIM SHAHRIAR, MUHAMMED ISLAM, AND
MARY HARVEY on behalf of themselves and all
others similarly situated,

               Plaintiffs,

-against-

SMITH & WOLLENSKY RESTAURANT GROUP,
INC. d/b/a PARK AVENUE RESTAURANT AND
FOURTH WALLS RESTAURANTS LLC, d/b/a
PARK AVENUE RESTAURANT,

               Defendants.

Civil Action No. 08 cv 0057 (MGC)

**STIPULATION AND ORDER**

---

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiffs and Defendants, that Defendants shall have an extension, from February 8, 2008 through and including February 22, 2008, to answer, move or otherwise respond to Plaintiffs' Complaint.

       **IT IS FURTHER STIPULATED AND AGREED** by and between the attorneys for Plaintiffs and Defendants that Defendants acknowledge service of Plaintiffs' Complaint and consent to the Court's exercise of personal jurisdiction over the named Defendants in this matter.

Dated: New York, New York
       January 25, 2008

By: _____
    D. Maimon Kirschenbaum (DK-2448)
    JOSEPH & HERZFELD LLP
    757 Third Avenue, 25th Floor
    New York, New York 10017
    (212) 688-5640

    Attorneys for Plaintiffs

Dated: New York, New York
       January 31, 2008

By: _____
    A. Michael Weber (AW-8760)
    Sara D. Sheinkin (SS-9719)
    Christina L. Feege (CF-1472)
    LITTLER MENDELSON, P.C.
    885 Third Avenue, 16th Floor
    New York, New York 10022.4834
    (212) 583-9600

    Attorneys for Defendants

**SO ORDERED.**

Dated: February 6, 2008

_____
United States District Judge