D. Maimon Kirschenbaum (DK-2448)
Charles E. Joseph (CJ-9442)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
(212) 688-5640
(212) 688-2548 (fax)

*Attorneys for Named Plaintiffs and the FLSA Collective Plaintiffs*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**SALIM SHAHRIAR, MUHAMMAD ISLAM,
AND MARY HARVEY on behalf of            INDEX NO:  08-cv-00057
themselves and all others similarly situated,**

              **Plaintiffs,**

    v.

**SMITH & WOLLENSKY RESTAURANT
GROUP, INC. d/b/a PARK AVENUE
RESTAURANT AND FOURTH WALLS
RESTAURANTS LLC, d/b/a PARK
AVENUE RESTAURANT,**

              **Defendants.**
-----------------------------------------------------------x

**NOTICE OF PLAINTIFF'S MOTION FOR CONDITIONAL COLLECTIVE
CERTIFICATION AND FOR COURT FACILITATION OF NOTICE
PURSUANT TO 29 U.S.C. § 216(b)**

Please take notice that upon the accompanying Memorandum of Law and

annexed materials, Plaintiffs, on behalf of themselves and all others similarly situated, by

their undersigned attorneys, shall move the Court before the Honorable Miriam G.

Cedarbaum, at the United States Courthouse for the Southern District of New York, 500

Pearl Street, New York, New York, on such day and time as counsel may be heard, for the following relief in this Fair Labor Standards Act collective action:

(1) Conditional certification of this action as a representative collective action pursuant to the FLSA, 29 U.S.C. § 216(b) on behalf of all persons employed by Defendants in any tipped position, including but not limited to captains, front waiters, back waiters, servers, runners, and/or busboys ("Covered Employees") within the last three years (the "FLSA Period");

(2) Court facilitated notice of this FLSA action to the Covered Employees including a consent form (opt-in form) as authorized by the FLSA.

(3) Approval of the proposed FLSA notice of this action and the consent form.

(4) Production of the Covered Employees in a computer readable data file containing their names, last known mailing addresses, telephone numbers, Social Security numbers, work locations, and dates of employment.

  (5) Posting of the Notice, along with the consent forms, in each of

Defendants' locations where Covered Employees are employed.

Dated: New York, New York
   February 20, 2008   Respectfully submitted,

            JOSEPH & HERZFELD LLP


            By:  /s/D. Maimon Kirschenbaum_____
              D. Maimon Kirschenbaum (DK-2338)

            Charles E. Joseph (CJ-9442)
            757 Third Avenue
            25th Floor
            New York, NY 10017
            Tel: (212) 688-5640
            Fax: (212) 688-2548

            *Attorneys for Plaintiff, proposed collective action*
            *members and proposed class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------x**
**SALIM SHAHRIAR, MUHAMMAD ISLAM,**
**AND MARY HARVEY on behalf of**                **INDEX NO:  08-cv-00057**
**themselves and all others similarly situated,**

           **Plaintiffs,**

    **v.**

**SMITH & WOLLENSKY RESTAURANT**
**GROUP, INC. d/b/a PARK AVENUE**
**RESTAURANT AND FOURTH WALLS**
**RESTAURANTS LLC, d/b/a PARK**
**AVENUE RESTAURANT,**

           **Defendants.**
**-----------------------------------------------------------x**

## ORDER

      AND NOW, this _____ day of _____, 2008, upon consideration of Plaintiff's Motion for Conditional Collective Certification Pursuant to 29 U.S.C. § 216(b), and Defendants' response thereto, if any, it is hereby ORDERED, that Plaintiff's Motion is GRANTED.

                                              _____
                                              Judge Miriam G. Cedarbaum

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on February 21, 2008, he caused a true and correct copy of the Plaintiff's Motion for Conditional Collective Certification and for Court Facilitation of Notice Pursuant to 29 U.S.C. § 216(b), supporting memorandum of law, attached exhibits and appendix of unpublished cases to be served by CM/ECF upon the counsel of record listed below:

    Michael Weber
    Christina Feege
    Littler Mendelson, P.C.
    885 Third Avenue
    16th Floor
    New York, New York 10022-4834

    By: /s/ D. Maimon Kirschenbaum
        D. Maimon Kirschenbaum (DK-2338)

    Joseph & Herzfeld LLP
    757 Third Avenue
    25th Floor
    New York, NY 10017
    Tel: (212) 688-5640
    Fax: (212) 688-2548

    *Attorneys for Plaintiff, proposed collective action members and proposed class*