LITTLER MENDELSON, P.C.
Christina L. Feege (CF-1474)
A. Michael Weber (AMW-8760)
Attorneys for Defendants
885 Third Avenue, 16th Floor
New York, New York 10022
212.583.9600

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SALIM SHAHRIAR, MUHAMMED ISLAM, AND MARY HARVEY on behalf of themselves and all others similarly situated,

     Plaintiffs,

   -against-

SMITH & WOLLENSKY RESTAURANT GROUP, INC. d/b/a PARK AVENUE RESTAURANT AND FOURTH WALLS RESTAURANTS LLC, d/b/a PARK AVENUE RESTAURANT,

     Defendants.

---

Civil Action No. 08 cv 0057

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, through the undersigned counsel of record, hereby state that they have no parent corporations and that there is no publicly held company that owns 10% or more of any defendant's stock.

Dated: New York, New York
   February 22, 2008

            By: _/s/Christina L. Feege_____
              A. Michael Weber (AW-8760)
              Christina L. Feege (CF-1472)
              Sara D. Sheinkin (SS-9719)
              LITTLER MENDELSON, P.C.
              885 Third Avenue, 16th Floor
              New York, New York 10022.4834
              (212) 583-9600
              Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SALIM SHAHRIAR, MUHAMMAD ISLAM, AND MARY HARVEY on behalf of themselves and all others similarly situated<br><br>      Plaintiffs,<br> v.<br><br>THE SMITH & WOLLENSKY RESTAURANT GROUP, INC. d/b/a PARK AVENUE RESTAURANT AND FOURTH WALL RESTAURANTS LLC, d/b/a PARK AVENUE RESTAURANT,<br><br>      Defendants. | Civil Action No. 08 CV 0057<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on February 22, 2008, I electronically filed the foregoing 7.1 Disclosure Statement with the Clerk of the District Court using the CM/ECF systems, which sent notification of such filing to the following:

>Daniel Maimon Kirschenbaum, Esq.
>Joseph and Herzfeld
>757 3rd Avenue
>New York, NY 10017
>Tel: (212) 688-5640x2548
>Fax: (212)688-5639
>Email: maimon@jhllp.com
>Attorneys for Plaintiffs

            /S/Christina L. Feege