

April 11, 2008

Christina L. Feege
Direct: 212.583.2676
Direct Fax: 212.832.2719
cfeege@littler.com

**VIA HAND DELIVERY**

The Honorable Miriam Cedarbaum
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street - Room 1330
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

Re:  **Shahriar et al. v. Smith & Wollensky Restaurant Group, et al.
(08 Civ. 0057 (MGC)**

Dear Judge Cedarbaum:

We represent Defendants in this matter. We write, with the Plaintiff's consent, to seek an extension of Defendants' time to respond to Plaintiff's motion for conditional certification [Docket # 9], which is currently due April 14th. As the Court will recall, Plaintiff had previously extended the time to respond pending the outcome of settlement discussions between the parties and some voluntary, informal discovery. Due to the press of other business, we have been unable to schedule that meeting, although we have begun the document exchange process. Counsel for the Plaintiff indicates that he will be on vacation from April 17 through April 28th, so no meeting can take place until the beginning of May. We have committed to scheduling that meeting promptly upon his return, and subject to the Court's approval, to serve a response to the pending motion by next Friday, April 18. We therefore ask the Court to so order that deadline.

Thank you for your consideration of this matter.

Respectfully submitted,

*Christina L. Feege /mb*

Christina L. Feege

CLF/mb

cc: D. Maimon Kirschenbaum, Esq. (via fax)

So ordered, April 15, 2008

_____
United States District Judge

885 Third Avenue, New York, New York 10022-1834   Tel: 212.583.9600 Fax: 212.832.2719 www.littler.com