UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| SALIM SHAHRIAR, MUHAMMED ISLAM, AND MARY HARVEY on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br>-against-<br><br>SMITH & WOLLENSKY RESTAURANT GROUP, INC. d/b/a PARK AVENUE RESTAURANT AND FOURTH WALLS RESTAURANTS LLC, d/b/a PARK AVENUE RESTAURANT,<br><br>                     Defendants. | Docket No.: 08 CV 00057 (MGC)<br><br>**NOTICE OF APPEARANCE** |

     PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Defendants SMITH & WOLLENSKY RESTAURANT GROUP, INC. d/b/a PARK AVENUE RESTAURANT AND FOURTH WALLS RESTAURANTS LLC, d/b/a PARK AVENUE RESTAURANT, in the above-captioned matter.

Dated: August 11, 2008
       New York, New York

Respectfully Submitted,

LITTLER MENDELSON, P.C.

/s/ Greg Reilly
_____
Greg Reilly (GR-6189)
885 Third Avenue, 16th Floor
New York, NY  10022.4834
212.583.9600 (telephone)
212.832.2719 (facsimile)

greilly@littler.com (email)