## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

     I am an employee currently or formerly employed by SMITH & WOLLENSKY RESTAURANT GROUP, INC. and FOURTH WALLS RESTAURANTS LLC, d/b/a PARK AVENUE CAFÉ. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

MAHBUB MALIK
Full Legal Name (Print)

*[signature]*
Signature

08-22-08
Date