UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
-----------------------------------------------------
SALIM SHAHRIAR, MUHAMMAD ISLAM, AND MARY HARVEY on behalf of themselves and all others similarly situated,

        Plaintiffs,

    v.

SMITH & WOLLENSKY RESTAURANT GROUP, INC. d/b/a PARK AVENUE RESTAURANT AND FOURTH WALLS RESTAURANTS LLC, d/b/a PARK AVENUE RESTAURANT,

INDEX NO: 08 CIV 057(MGC)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff will and hereby does move this Court before the Honorable Miriam G. Cedarbaum, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court or as soon thereafter as counsel may be heard for an order certifying the Class pursuant to Fed. R. Civ. P. 23.

Dated: November 11, 2009
      New York, New York

JOSEPH & HERZFELD LLP

/s/ Matthew D. Kadushin
Matthew D. Kadushin (MK 1968)

D. Maimon Kirschenbaum (DK 2338)
Charles Joseph (CJ 9442)
757 Third Avenue, 25th Floor
New York, New York 10017
Tel: 212-688-5640
Fax: 212-688-2548

*Attorneys for Plaintiff*