UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
-------------------------------------------------------
SALIM SHAHRIAR, MUHAMMAD
ISLAM, AND MARY HARVEY on
behalf of themselves and all others
similarly situated,

                    **Plaintiffs,**

      v.

SMITH & WOLLENSKY
RESTAURANT GROUP, INC. d/b/a
PARK AVENUE RESTAURANT AND
FOURTH WALLS RESTAURANTS
LLC, d/b/a PARK AVENUE
RESTAURANT,

**MEMO ENDORSED**

INDEX NO: 08 CIV 057(MGC)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Plaintiff will and hereby does move this Court before the Honorable Miriam G. Cedarbaum, United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court or as soon thereafter as counsel may be heard for an order certifying the Class pursuant to Fed. R. Civ. P. 23.

Dated: November 11, 2009
      New York, New York

*[Handwritten endorsement: "Motion granted. For oral opinion, see record of proceedings. So ordered. /s/ United States District Judge, January 28, 2010"]*

JOSEPH & HERZFELD LLP

/s/ Matthew D. Kadushin
Matthew D. Kadushin (MK 1968)

D. Maimon Kirschenbaum (DK 2338)
Charles Joseph (CJ 9442)
757 Third Avenue, 25th Floor
New York, New York 10017
Tel: 212-688-5640
Fax: 212-688-2548

*Attorneys for Plaintiff*