S.D.N.Y.-N.Y.C.
08-cv-0057
Cedarbaum, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 14th day of May, two thousand ten,

Present:
    Dennis Jacobs,
        *Chief Judge,*
    Ralph K. Winter,
    Joseph M. McLaughlin,
        *Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 14 MAY 2010

Salim Shahriar, *et al.*,

        *Plaintiffs-Respondents,*

v.                                                  10-477-mv

Smith & Wollensky Restaurant Group, Inc., Fourth Walls Restaurant LLC,

        *Defendants-Petitioners.*

Petitioners, through counsel, move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order granting Respondents' motion for class certification. Upon due

SAO-AGC

CERTIFIED COPY ISSUED ON 05/14/2010

consideration, it is hereby ORDERED that the petition is GRANTED. The Petitioners are directed to file a scheduling notification within 14 days of the date of entry of this order pursuant to Second Circuit Local Rule 31.2.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

*[signature: Catherine O'Hagan Wolfe, with Second Circuit seal]*